United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 7, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-41209
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

MARCOS DAVID ARRELLANO-BARRIENTOS,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:04-CR-1082
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

     Appealing the Judgment in a Criminal Case, Marcos David
Arrellano-Barrientos raises arguments that are foreclosed by
United States v. Garcia-Mendez, 420 F.3d 454, 457 (5th Cir.
2005), cert. denied, 126 S. Ct. 1398 (2006), which held that a
Texas conviction for burglary of a habitation was equivalent to
burglary of a dwelling, and by Almendarez-Torres v. United
States, 523 U.S. 224, 235 (1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not a separate criminal

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

offense.  The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.